IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BENJAMIN SCOTT MILLER,

        Plaintiff,

v.                                CIVIL ACTION NO. 2:19-cv-00086

ANDREW SAUL,
Commissioner of Social Security,

        Defendant.

ORDER

This action was referred to United States Magistrate Judge Dwane Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On April 20, 2020, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 19] ("PF&R") and recommended that the court **DENY** Claimant Benjamin Scott Miller's request to reverse the Commissioner of Social Security's (the "Commissioner") decision [ECF No. 15], **GRANT** the Commissioner's request to affirm his decision [ECF No. 17], **AFFIRM** the final decision of the Commissioner, and **DISMISS** this action from the docket. Neither party filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DISMISSES** this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 19, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE